UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,            Case No. 92-70510

vs.            Honorable: Patrick J. Duggan

LENORA HOWARD,            Claim Number: 1992A06960
SS# XXX-XX-4239
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **CITY OF DETROIT** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: July 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager